474 A.2d 351

Harris, Appellant, v. Midwest Mut. Ins. Co.

Reargument Denied May 16, 1984.

Petition for Allowance of Appeal
Denied Aug. 22, 1984.

Argued January 17, 1984. James L. Womer, for appellant; Michael P. McKenna, for appellee.

582

Before ROWLEY, HESTER and ROBERTS, JJ.

Judgment affirmed.